IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VILLARI BRANDES & GIANNONE, PC | : | CIVIL ACTION |
| | : | |
| | : | No. 13-297 |
| v. | : | |
| | : | |
| WELLS FARGO FINANCIAL LEASING, INC., et al. | : | |

## ORDER

AND NOW, this 30th day of September, 2013, it is ORDERED Defendants Fleischer, Fleischer & Suglia, Brian M. Fleischer, and Nicola G. Suglia's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Document 7) and Defendant Wells Fargo Financial Leasing, Inc.'s Motion to Dismiss Plaintiff's Complaint (Document 8) are GRANTED. The above-captioned civil action is DISMISSED with prejudice.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.