IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VILLARI BRANDES & GIANNONE, PC | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-297 |
| | : | |
| WELLS FARGO FINANCIAL LEASING, INC., et al. | : | |
| | : | |

**ORDER**

AND NOW, this 14th day of April, 2014, for the reasons set forth in the accompanying Memorandum, it is ORDERED Plaintiff Villari Brandes & Giannone, PC's Motion to Reopen and for Reconsideration of Memorandum and Order Dated September 30, 2013 Granting Defendants' Motions to Dismiss (Document 25) is DENIED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.